# EXHIBIT A

# Magnetic Press Inc.

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL231340 | COLLECTED TOPPI HC VOL 08 (MR) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 2,212 |
| STL181994 | COLLECTED TOPPI HC VOL 06 JAPA | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,908 |
| STL227165 | TOPPI GALLERY BESTIARY HC (MR) | 3154 | MAGNETIC PRESS INC. | 4 | BOOKS - NOVELS/SF/HORROR | 1,589 |
| STL189750 | BENEATH TREES HC 01 AUTUMN MIS | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,357 |
| STL150882 | HERAKLES HC BOOK 01 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,335 |
| STL194476 | TOPPI GALLERY SCENES FROM THE | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,331 |
| STL151252 | WINDY DAY HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,327 |
| STL151216 | ORPHANS GN VOL 02 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,272 |
| STL151214 | ORPHANS GN VOL 01 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,267 |
| STL251797 | TOPPI GALLERY HARLOTS & MERCEN | 3154 | MAGNETIC PRESS INC. | 4 | BOOKS - NOVELS/SF/HORROR | 1,266 |
| STL227163 | LOONICORNS GN (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,169 |
| STL212681 | CATS CATS CATS GN (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,135 |
| STL151070 | INFINITY 8 HC VOL 02 BACK TO T | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,130 |
| STL151244 | TIMOTHY TOP GN BOOK 01 GREEN P | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,109 |
| STL151229 | RISE ZELPHIRE HC BOOK 02 PRINC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,086 |
| STL151176 | KLAW GN VOL 02 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,072 |
| STL189752 | FALSE GUARD GN (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,036 |
| STL150883 | HERAKLES HC BOOK 02 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,019 |
| STL227162 | DREAMS FACTORY HC (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,012 |
| STL150861 | BIG EMPTY LIFE ALPHONSE TABOUR | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 1,001 |
| STL150859 | BALLAD OF YAYA GN VOL 03 CIRCU | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 998 |
| STK648464 | LUMINAE HC VOL 01 (MR) (C: 0-0 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 998 |
| STL150864 | CURTAIN CALL HC (MR) (C: 0-0-1 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 993 |
| STL227161 | DARRYL OPENWORLD HC (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 973 |
| STL147104 | RISE ZELPHIRE HC BOOK 03 HEART | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 968 |
| STL167481 | COLLECTED TOPPI HC VOL 05 EAST | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 964 |
| STL172626 | MONGOLIAN WIND ART OF LU MING | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 955 |
| STL225939 | BENEATH TREES HC VOL 04 FIRST | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 951 |
| STL151077 | INFINITY 8 HC VOL 05 APOCALYPS | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 933 |
| STL151238 | STAY HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 931 |
| STL151246 | TIMOTHY TOP GN BOOK 03 RED PLU | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 910 |
| STL150856 | AB IRATO TP VOL 01 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 907 |
| STL161604 | PISTOUVI GN (C: 0-1-0) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 901 |
| STL151223 | POS HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 895 |
| STL147099 | GUNLAND GN VOL 01 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 875 |
| STL151203 | MILOS WORLD BOOK 02 BLACK QUEE | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 870 |
| STL151194 | LITTLE TAILS ON THE FARM HC (C | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 868 |
| STL151218 | ORPHANS GN VOL 03 TRUTH | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 857 |
| STL181992 | LOVE HC VOL 05 THE MASTIFF | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 853 |
| STL151179 | LITTLE MAMA GN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 851 |
| STL151235 | SOUND OF THE WORLD BY HEART GN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 848 |
| STL170460 | GUNLAND GN VOL 03 CODA | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 842 |
| STL181991 | LETTERS FROM ANIMALS HC (C: 0- | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 828 |
| STL151185 | LITTLE PIERROT HC VOL 01 GET T | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 828 |
| STL153412 | MILOS WORLD BOOK 03 CLOUD GIRL | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 817 |
| STL151204 | OGRE GODS HC VOL 01 PETIT (MR) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 807 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL251794 | COLLECTED TOPPI HC VOL 09 OLD | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 805 |
| STL151068 | INFINITY 8 HC VOL 01 LOVE AND | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 799 |
| STL181990 | FRANK PE LITTLE NEMO HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 778 |
| STL009142 | WARSHIP JOLLY ROGER GN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 768 |
| STL151187 | LITTLE PIERROT HC VOL 02 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 766 |
| STL151075 | INFINITY 8 HC VOL 04 SYMBOLIC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 758 |
| STL150867 | FRATERNITY HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 741 |
| STL151699 | KLAW GN VOL 03 CYCLE RENEWED | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 737 |
| STL154030 | STREAMLINER HC VOL 01 BYE BYE | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 715 |
| STL150881 | GHOST OF GAUDI HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 711 |
| STL150880 | GHOST MONEY HC VOL 01 DEATH IN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 702 |
| STK637987 | SUPER EGO HC (C: 0-0-1) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 700 |
| STL147100 | INFINITY 8 HC VOL 07 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 694 |
| STL167482 | WALUK THE GREAT JOURNEY HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 694 |
| STK657726 | DAOMU HC (C: 0-0-1) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 680 |
| STL150860 | BALLAD OF YAYA GN VOL 04 ISLAN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 671 |
| STL189754 | SMALL WORLD HC (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 671 |
| STL151241 | THE SCARECROW PRINCESS GN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 665 |
| STL167477 | STREAMLINER HC VOL 02 ALL IN D | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 664 |
| STL151151 | JAZZ MAYNARD HC VOL 02 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 652 |
| STL150866 | DREAM OF THE BUTTERFLY GN VOL | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 635 |
| STL012125 | HUGO BROYLER GN VOL 01 (RES) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 626 |
| STK672581 | ADVENTURES OF BASIL AND MOEBIU | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 617 |
| STL278326 | TOPPI GALLERY ALL THE WORLDS G | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 610 |
| STL151248 | WATER MEMORY GN VOL 01 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 605 |
| STL161600 | INFINITY 8 HC VOL 08 UNTIL THE | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 604 |
| STK667194 | RE PRO DUCT TP VOL 01 (RES) (C | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 604 |
| STL151227 | RISE ZELPHIRE HC BOOK 01 BARK | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 585 |
| STL003192 | ADVENTURES OF BASIL AND MOEBIU | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 582 |
| STL167476 | GUNLAND GN VOL 02 TRIBE | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 574 |
| STL323307 | COLLECTED TOPPI HC VOL 11 WAR | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 567 |
| STK648465 | DOOMBOY HC VOL 01 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 557 |
| STL144528 | INFINITY 8 HC VOL 06 ULTIMATE | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 549 |
| STL300339 | TEZUCOMI GN VOL 02 (OF 2) (MR) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 535 |
| STL151189 | LITTLE PIERROT HC VOL 03 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 514 |
| STL149064 | VIEWPOINT HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 513 |
| STL212682 | 50 YEARS LUPIN THE 3RD HC (C: | 3154 | MAGNETIC PRESS INC. | 4 | BOOKS - NOVELS/SF/HORROR | 500 |
| STK643850 | DAVE DORMAN WASTED LANDS OMNIB | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 498 |
| STL151245 | TIMOTHY TOP GN BOOK 02 YELLOW | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 498 |
| STK662353 | ADVENTURES OF BASIL AND MOEBIU | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 497 |
| STL142633 | COLLECTED TOPPI HC VOL 03 SOUT | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 494 |
| STL211294 | BENEATH TREES HC VOL 03 FINE S | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 485 |
| STL211295 | COLLECTED TOPPI HC VOL 07 SHAR | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 483 |
| STL151222 | ORPHANS GN VOL 04 WINNERS LOSE | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 466 |
| STL151197 | LITTLE TAILS UNDER THE SEA HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 465 |
| STL343863 | HUNCHBACK OF NOTRE DAME HC (MR | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 448 |
| STK690687 | ADVENTURES OF BASIL AND MOEBIU | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 446 |
| STL011955 | LITTLE TAILS IN THE JUNGLE HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 436 |
| STL142634 | INFINITY 8 #18 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 432 |
| STL151190 | LITTLE TAILS IN PREHISTORY HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 427 |
| STL151673 | GENPET GN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 426 |
| STL251793 | TAO BANG HC (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 425 |
| STK646007 | MEKA HC (C: 0-0-1) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 425 |
| STL172625 | HARD MELODY HC (MR) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 413 |
| STL141952 | BALLAD OF YAYA GN VOL 05 PROMI | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 401 |

56219081.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL141959 | BALLAD OF YAYA GN VOL 06 LOST | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 395 |
| STL150902 | INFINITY 8 #16 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 390 |
| STL150857 | BALLAD OF YAYA GN VOL 01 FUGUE | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 381 |
| STL151072 | INFINITY 8 HC VOL 03 GOSPEL AC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 375 |
| STL150903 | INFINITY 8 #17 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 374 |
| STL147102 | MILOS WORLD BOOK 03 CLOUD GIRL | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 367 |
| STL150899 | INFINITY 8 #15 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 366 |
| STL161603 | PARIS 2119 HC (MR) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 351 |
| STL272229 | MEZKAL HC (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 336 |
| STL323306 | MY DEAR PIERROT GN (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 333 |
| STL176054 | ASHES ASHES HC (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 332 |
| STL196642 | BENEATH TREES HC VOL 02 WINTER | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 324 |
| STL167479 | BALLAD OF YAYA GN VOL 08 RETUR | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 323 |
| STL256055 | MY FRIEND TOBY HC (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 316 |
| STL151144 | JAZZ MAYNARD HC VOL 01 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 315 |
| STL231338 | KLAW HC VOL 04 CYCLE REBORN (C | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 308 |
| STL167480 | BALLAD OF YAYA GN VOL 09 SONAT | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 302 |
| STL181988 | 1000 STORMS HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 289 |
| STL150892 | INFINITY 8 #8 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 283 |
| STL167478 | BALLAD OF YAYA GN VOL 07 TRAP | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 278 |
| STL028658 | LOVE HC VOL 04 THE DINOSAUR | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 274 |
| STK637985 | NAJA HC (C: 0-0-1) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 274 |
| STL150865 | DREAM OF THE BUTTERFLY GN VOL | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 266 |
| STL150858 | BALLAD OF YAYA GN VOL 02 PRISO | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 263 |
| STL231337 | GIANTESS HC (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 263 |
| STL151083 | JAZZ MAYNARD #2 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 255 |
| STL212679 | WORLD YAXIN DAY OF UNICORN HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 252 |
| STL151212 | OGRE GODS HC VOL 03 GREAT MAN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 244 |
| STL170461 | WAHCOMMO HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 231 |
| STL151191 | LITTLE TAILS IN THE SAVANNAH H | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 228 |
| STL323304 | LOST LETTERS GN (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 225 |
| STL150870 | GHOST MONEY #3 (OF 10) (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 219 |
| STL181993 | MONOLITH HC (MR) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 218 |
| STL151198 | MILOS WORLD BOOK 01 LAND UNDER | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 217 |
| STL299592 | TEZUCOMI GN VOL 01 (OF 2) (C: | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 215 |
| STL150886 | INFINITY 8 #2 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 209 |
| STL181989 | AFTER THE FALL HC (MR) (C: 0-1 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 199 |
| STL150890 | INFINITY 8 #6 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 194 |
| STL358085 | ON MARS GN (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 193 |
| STL272219 | CONVOY HC (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 191 |
| STL282443 | BLACK BOX CHRONICLES GN (MR) ( | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 185 |
| STL150889 | INFINITY 8 #5 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 178 |
| STL323305 | MY DEAR PIERROT HC (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 170 |
| STL150879 | GHOST MONEY #10 (OF 10) (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 164 |
| STL194477 | WALL HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 163 |
| STL150862 | COLLECTED TOPPI HC VOL 01 ENCH | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 159 |
| STL227166 | TRAPPED ON ZARKASS (MR) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 159 |
| STL151234 | SEA OF LOVE HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 159 |
| STL321414 | DONT LET GO HC (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 155 |
| STL150891 | INFINITY 8 #7 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 155 |
| STL281922 | COLLECTED TOPPI HC VOL 10 FUTU | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 145 |
| STL340244 | ASTER OF PAN THE SOURCE HC (C: | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 143 |
| STL161602 | IRENA HC VOL 02 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 143 |
| STL150888 | INFINITY 8 #4 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 139 |
| STL161601 | IRENA HC VOL 03 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 134 |
| STL150893 | INFINITY 8 #9 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 133 |
| STL150877 | GHOST MONEY #9 (OF 10) (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 132 |

56219081.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL151088 | JAZZ MAYNARD #3 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 131 |
| STL151207 | OGRE GODS HC VOL 02 HALF BLOOD | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 122 |
| STL150896 | INFINITY 8 #12 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 121 |
| STL151081 | JAZZ MAYNARD #1 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 115 |
| STL151156 | JAZZ MAYNARD VOL 2 #2 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 110 |
| STL150887 | INFINITY 8 #3 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 109 |
| STL150894 | INFINITY 8 #10 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 106 |
| STL321417 | NO FUTURE HC (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 99 |
| STL151090 | JAZZ MAYNARD #5 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 99 |
| STL319050 | MIDNIGHT ORDER HC (MR) (C: 0-1 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 97 |
| STL323303 | LOST LETTERS HC (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 91 |
| STL151135 | JAZZ MAYNARD #6 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 90 |
| STL150868 | GHOST MONEY #1 (OF 10) (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 89 |
| STL319071 | SHANGRI LA GN (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 84 |
| STL151153 | JAZZ MAYNARD VOL 2 #1 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 80 |
| STL151172 | JAZZ MAYNARD VOL 2 #6 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 80 |
| STL153444 | WARSHIP JOLLY ROGER HC VOL 02 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 76 |
| STL256057 | MONKEY KING COMP ODYSSEY GN (C | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 75 |
| STK684583 | LOVE HC VOL 02 THE FOX (C: 0-0 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 75 |
| STL281921 | FRANKENSTEIN BY GEORGES BESS H | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 67 |
| STL151089 | JAZZ MAYNARD #4 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 63 |
| STL189753 | OGRE GODS HC VOL 04 FIRST BORN | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 62 |
| STK692989 | DEAD MANS PARTY TP | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 62 |
| STL018535 | CENTURION & EMPERADOR HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 61 |
| STL151166 | JAZZ MAYNARD VOL 2 #5 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 59 |
| STL336308 | MONTE CRISTO HC (MR) (C: 0-1-2 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 46 |
| STL221197 | ARSENE LUPIN GENTLEMAN THIEF H | 3154 | MAGNETIC PRESS INC. | 4 | BOOKS - NOVELS/SF/HORROR | 42 |
| STL319072 | CARBON & SILICON GN (MR) (C: 0 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 37 |
| STL150884 | HERAKLES HC BOOK 03 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 37 |
| STL300340 | TEZUCOMI HC VOL 02 (OF 2) (MR) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 36 |
| STL150898 | INFINITY 8 #14 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 36 |
| STL231339 | TEMUDJIN HC (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 35 |
| STL151080 | IRENA HC VOL 01 WARTIME GHETTO | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 33 |
| STL150869 | GHOST MONEY #2 (OF 10) (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 32 |
| STL319076 | ADRASTEA GN (MR) (C: 0-1-2) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 24 |
| STL256056 | FIRST ADV SHERLOCK HOLMES STUD | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 19 |
| STL149063 | VOX GN (MR) (C: 0-0-1) | 3154 | MAGNETIC PRESS INC. | 4 | BOOKS - NOVELS/SF/HORROR | 16 |
| STL161605 | THE ADOPTION HC (RES) | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 14 |
| STL161599 | ASTER OF PAN HC | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 12 |
| STL151164 | JAZZ MAYNARD VOL 2 #4 (MR) | 3154 | MAGNETIC PRESS INC. | 1 | COMICS | 12 |
| STK659877 | LOVE HC VOL 01 THE TIGER (C: 0 | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 11 |
| STL282444 | BLACK BOX DESIGN SPACE HC (MR) | 3154 | MAGNETIC PRESS INC. | 4 | BOOKS - NOVELS/SF/HORROR | 4 |
| STL299593 | TEZUCOMI HC VOL 01 (OF 2) (C: | 3154 | MAGNETIC PRESS INC. | 3 | BOOKS - GRAPHIC NOVELS | 4 |